In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00363-CV**

_____

**IN THE INTEREST OF P.S.T.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-233,683-A**

**MEMORANDUM OPINION**

Meyshoia Carter appealed the trial court's final order modifying a support order in a suit affecting the parent-child relationship. She did not pay the filing fee for the appeal. On December 30, 2021, the District Clerk notified this Court that Appellant failed to make payment arrangements for the clerk's record. We notified the parties that Appellant had not established indigent status and the clerk's record had not been filed due to Appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that she

1

had arranged to pay the fee or that she needed additional time to do so. *See* Tex. R. App. P. 37.3(b). On January 3, 2022, we notified the parties that Appellant had not remitted the filing fee, and we warned Appellant that the appeal would be dismissed without further notice unless she paid the filing fee by January 18, 2022. None of the parties responded to the Court's notices.

In the absence of a satisfactory explanation justifying Appellant's failure to pay the filing fee for the appeal or to arrange to pay for a clerk's record to support her appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 23, 2022
Opinion Delivered March 24, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.